# United States Court of Appeals
# for the Fifth Circuit

No. 25-40519

United States Court of Appeals
Fifth Circuit

**FILED**
July 8, 2026

Lyle W. Cayce
Clerk

Joseph Lowry,

*Plaintiff—Appellant*,

*versus*

City of La Marque, Texas; Keith Bell, *in his individual capacity and in his official capacity*; Kimberly Yancy, *in her individual capacity and in her official capacity*; Randall Aragon, *in his individual capacity and in his official capacity*,

*Defendants—Appellees*.

_____

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 3:22-CV-112

_____

Before Duncan, Oldham, and Wilson, *Circuit Judges*.
Per Curiam:[*]

The judgment of the district court is AFFIRMED. *See* 5th Cir. R. 47.6.

_____

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.